UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, ex rel.,
MATTHEW BURKE and DAVID CURTIN
          Plaintiffs,

-v-                                         16-CV-345(W)

ROBERT MANGI
f/k/a ROBERTO MANGIARANO, et al.

          Defendants.

---

### ORDER

The Court having reviewed Relators' Notice of Voluntary Dismissal and the Government's Notice of Consent to Dismissal, **IT IS HEREBY ORDERED** as follows:

1. The plaintiffs' qui tam claims on behalf of the United States under the Federal False Claims Act are hereby dismissed without prejudice as to the United States and the Relators;

2. The Complaint is hereby dismissed; and

3. The seal in this matter is lifted.

IT IS SO ORDERED,

This 18th day of April, 2019.

                                              ELIZABETH A. WOLFORD
                                              UNITED STATES DISTRICT JUDGE

FILED APR 18 2019 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY